# CASE ANNOUNCEMENTS

*December 1, 2010*

[Cite as *12/01/2010 Case Announcements*, 2010-Ohio-5762.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–0582.  State ex rel. Am. Greetings Corp. v. Fuerst.
In Mandamus and Prohibition. Motion for admission pro hac vice of Kevin K. Green, James I. Jaconette, and Michael F. Ghozland by Jack Landskroner and Paul W. Flowers granted. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1296.  [State ex rel.] Huff v. O'Toole.
In Mandamus. Motion to amend complaint granted. Motion to dismiss granted. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1490.  State ex rel. Barksdale v. Sutula.
In Procedendo. Motion for default judgment denied. Motions to dismiss granted. Relator's motions to disqualify and for relief denied as moot. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1556.  State ex rel. Pesci v. Corrigan.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1573.  State ex rel. Waters v. Butler Cty. Clerk.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1587.  [State ex rel.] Waters v. Internal Revenue Serv.
In Mandamus. On complaint in mandamus of Kirk Waters. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1591.  State ex rel. Waters v. Spaeth.
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1624.  [State ex rel.] Chinnock v. Avon Lake Mun. Court.
In Mandamus. On answer of respondent Judge Darrel A. Bilancini. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.